E-FILED
Tuesday, 24 March, 2009  11:39:18 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| KELLY STERLING, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08-CV-2152 |
| ) | |
| K. HUCKSTADT, in his individual capacity; ) | |
| JOSH LONG, a Vermilion County Corrections ) | |
| Officer, in his individual capacity; and ) | |
| COUNTY OF VERMILION ILLINOIS ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on February 25, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#22) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss (#14) filed by Defendants is GRANTED in part and DENIED in part. Counts III and V are dismissed without prejudice and Plaintiff is allowed to file an amended complaint if she wishes to allege a claim of willful and wanton conduct in Count V or to amend her First Amendment claim from Count III. The Motion to Dismiss with regard to Count II is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 24th day of March, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE