UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **KELLY STERLING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2152 |
| ) | |
| **K. HUCKSTADT, in his individual capacity;** ) | |
| **JOHN DOE, a Vermilion County Corrections** ) | |
| **Officer, in his individual capacity; and** ) | |
| **COUNTY OF VERMILION ILLINOIS,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#40) were filed by the Magistrate Judge in the above cause on June 25, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#40) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss (#36) filed by Defendants is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this  29th  day of July, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE